

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00359-CV

**PRIORITY TOWING, INC**.,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-13-58
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to January 6, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court